# Court of Appeals
# of the State of Georgia

ATLANTA, October 02, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0380.  NITEWORX ILLUMINATION, INC. v. SCOTT NELSON et al.**

The motion to withdraw this appeal, filed by appellant Niteworx Illumination, Inc., is hereby GRANTED, and this appeal is hereby WITHDRAWN.  In their response to the motion to withdraw, appellees stated that they "do not oppose [the motion] but urge it should be conditioned on an award of costs to Appellees." Appellees' request for an award of costs is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 10/02/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*